# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
KISOR, DALY, and MIZER
Appellate Military Judges

————————————

**UNITED STATES**
*Appellee*

**v.**

**Jordan L. KRETZ**
Gunnery Sergeant (E-7), U.S. Marine Corps
*Appellant*

**No. 202300078**

————————————

Decided: 9 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Yong J. Lee

Sentence adjudged 16 December 2022 by a special court-martial convened at Marine Corps Air Station Miramar, California, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, confinement for two months, and a bad-conduct discharge.

For Appellant:
*Commander Kyle C. Kneese, JAGC, USN*

_____

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

_____

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[1]

However, we note that the Entry of Judgment does not accurately reflect the plea and finding to the sole Specification of Charge II. Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[2]  In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[1] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[2] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300078 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Jordan L. KRETZ**<br>**Gunnery Sergeant (E-7)**<br>**U.S. Marine Corps**<br><br>*Accused* | *As Modified on Appeal*<br><br>**9 January 2024** |

On 16 December 2022, the Accused was tried at Marine Corps Air Station Miramar, California, by a special court-martial, consisting of a military judge sitting alone. Military Judge Yong J. Lee presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge I:** **Violation of Article 120, Uniform Code of Military Justice, 10 U.S.C. § 920.**

> *Plea:* Not Guilty.
> *Finding:* W/D.

**Specification:** **Abusive sexual contact on or about 16 September 2021.**

> *Plea:* Not Guilty.
> *Finding:* W/D.

**Charge II:** **Violation of Article 128, Uniform Code of Military Justice, 10 U.S.C. § 928.**

> *Plea:* Guilty.
> *Finding:* Guilty.

**Specification:** **Assault consummated by a battery on or about 16 September 2021.**

*Plea:* Guilty.

*Finding:* Guilty.

**Additional Charge: Violation of Article 92, Uniform Code of Military Justice, 10 U.S.C. § 892.**

*Plea:* Guilty.

*Finding:* Guilty.

**Specification:** **Violation of a Lawful General Regulation on or about 16 September 2021.**

*Plea:* Guilty.

*Finding:* Guilty.

## SENTENCE

On 16 December 2022, a military judge sentenced the Accused to the following:

**Reduction to pay grade E-1.**

**Confinement for a total of 2 months.**

*For Specification Charge II:*
confinement for 2 months.

*For Specification the Additional Charge:*
confinement for 2 months.

The terms of confinement will run concurrently.

**A bad-conduct discharge.**

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

2